IDA M. HARRINGTON, Respondent, v. CECIL R. HARRINGTON, Appellant.—

The question as to whether or not defendant is entitled to a modification of the judgment regarding the provision for alimony is remitted to the Special Term for consideration and determination. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.